UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00418-MOC
(3:93-cr-00264-MOC-4)

| | |
|---|---|
| ANTOINE DWAYNE WELLS, ) | |
| Petitioner ) | |
| vs. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon Petitioner's unopposed Motion to hold this action in abeyance pending a decision by the Fourth Circuit Court of Appeals in <u>United States v. Brown</u>, No. 16-7056. (Doc. No. 7.) Brown, like Petitioner, was sentenced as a career-offender when the Sentencing Guidelines were mandatory, rather than advisory, and argues that the Supreme Court's decision in <u>Beckles v. United States</u>, 137 S. Ct. 886 (2017), does not resolve whether his sentence is invalid under <u>United States v. Johnson</u>, 135 S. Ct. 2551 (2015).

For the reasons stated therein, and without objection from counsel for the Government, the Court concludes the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Motion to Hold Petitioner's Motion to Vacate in Abeyance (Doc. No. 7) is **GRANTED,** and this action is **STAYED** pending the Fourth Circuit's decision in <u>United States v. Brown</u>, No. 16-7056. Petitioner shall have 14 days from the date the Fourth Circuit issues its mandate in <u>Brown</u> to file a reply to the Government's Response to the Motion to Vacate.

Signed: May 18, 2017



Max O. Cogburn Jr.
United States District Judge